**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | David Michael Siebert |
| Debtor 2 (Spouse, if filing) | Jennifer Lynn Siebert fka Jennifer Lynn Findley |
| United States Bankruptcy Court for the: | Western District of Missouri |
| Case Number | 17-43481 |

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| Name of creditor: | U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT |
| Last 4 digits of any number you use to identify the debtor's account: | 2264 |

| | |
|---|---|
| Court claim no. (if known): | 4 |
| Date of payment change: Must be at least 21 days after date of this notice | 05/01/2023 |
| New total payment: Principal, interest, and escrow, if any | $ 1,284.23 |

### Part 1: Escrow Account Payment Adjusted

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow statement in a form prepared consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment:  $ 429.14     New escrow payment:  $ 476.23

### Part 2: Mortgage Payment Adjusted

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %     New interest rate: _____ %
   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____
   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1              **Notice of Mortgage Payment Change**              page 1

| Debtor 1 | David Michael Siebert | | | Case number *(if known)* | 17-43481 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/  Christopher K. Baxter                      Date  3/15/2023

Print:  Christopher K. Baxter                      Title  Authorized Agent for Creditor
        First Name    Middle Name    Last Name

Company:  Marinosci Law Group, P.C.

Address:  16415 Addison Rd., Suite 725
          Number        Street
          Addison, Texas 75001
          City          State      ZIP Code

Contact phone  401-234-9200                        Email  BKinquiries@mlg-defaultlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on March 15, 2023.

David Michael Siebert
621 Shepherd Road
Lawson, MO 64062

Jennifer Lynn Siebert
621 Shepherd Road
Lawson, MO 64062

Marinosci Law Group, P.C.
*/s/ Christopher K. Baxter*
Email: BKinquiries@mlg-defaultlaw.com
ATTORNEYS FOR CREDITOR

# Escrow Analysis Statement

Rushmore Loan Management Services
PO Box 514707
Los Angeles, CA 90051
www.rushmorelm.com
(888) 504-6700

Statement Date: February 16, 2023
Loan Number:

DAVID M SIEBERT
621 SHEPHERD RD
LAWSON MO 64062-9219

Need help understanding your mortgage escrow statement?
Scan here or visit rushmorelm.com

We review your escrow account annually to ensure that you have adequate funds to cover your tax and insurance items for the next 12 months. The amounts billed for certain escrow items changed. This statement describes the changes, possible changes to your monthly payments, and your options.

## What changed?



**PMI decreased by $40.19 per year.**



**Taxes increased by $259.27 per year.**



**Insurance increased by $346.00 per year.**

Changes in the above items mean that the amount needed in your escrow account increased by $565.08 per year.

## How do these changes affect me?

Based upon the anticipated escrow disbursements and monthly payments, we have determined that there is an overage in your escrow account. As a result, we have attached a check for $372.47.

|  | Current Payment | Escrow Change | New Monthly Payment Effective 05/2023 |
|---|---|---|---|
| **Due Date** | 03/2023 |  | 05/2023 |
| **Principal and Interest** | $808.00 |  | $808.00 |
| **Escrow Payment** | $429.14 | $47.09 | $476.23 |
| **Escrow Overage** |  |  | $0.00 |
| **TOTAL** | $1,237.14 |  | $1,284.23 |

A detailed explanation of the calculations for your escrow account is located on page 2.

Note: '**Online bill payment users**: Your payment is changing effective 05/01/2023 so **action is required**. Please log into your bank's online account and update your payment amount. Thank you!

February 16, 2023                                                                                                                        Loan Number:

## How did Rushmore make the escrow calculations?

Step 1: Rushmore analyzes all items paid by the escrow account, we then calculate the amount that you'll likely need to pay these bills.

Step 2: We take your anticipated taxes and/or insurance premiums to determine the total outgoing payments. We then divide the total outgoing payments by 12 to determine your monthly escrow amount.

Your total anticipated tax and/or insurance premium(s) are as follows:

| | |
|---|---|
| Annual Private Mortgage Insurance | $511.14 |
| Annual Property Taxes | $2,658.63 |
| Annual Property Insurance | $2,545.00 |
| Total | $5,714.77 divided by 12 months = $476.23 |

Step 3: We calculate the minimum required escrow balance. Your escrow account must have a minimum balance of $0.00 for the next year.

Step 4: We calculate your annual escrow account projection for the coming year. If your monthly escrow balance falls below the minimum balance of $0.00, your escrow account experiences a shortage. If our calculation determines that your monthly escrow balance will not reach the minimum balance, your escrow account will have an overage.

The table below demonstrates the estimated activity in your escrow account for the coming year.

## What escrow activity is expected in the coming year?

The highlighted row indicates the lowest estimated escrow balance for the year of $372.47. The difference between the lowest projected balance of $372.47 and the minimum required escrow balance of $0.00 is $372.47.

<u>$372.47 is your escrow overage.</u>

| | PAYMENTS TO ESCROW ACCOUNT | ESTIMATED PAYMENTS FROM ESCROW ACCOUNT | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| | | MIP/PMI | Taxes | Flood Insurance | Homeowner's Insurance | Estimated | Required |
| <u>Anticipated Date of Activity</u> | | | | | Starting Balance | $2,277.40 | $1,904.93 |
| May 23 | $476.23 | | | | | $2,753.63 | $2,381.16 |
| Jun 23 | $476.23 | | | | | $3,229.86 | $2,857.39 |
| Jul 23 | $476.23 | | | | $2,545.00 | $1,161.09 | $788.62 |
| Aug 23 | $476.23 | $511.14 | | | | $1,126.18 | $753.71 |
| Sep 23 | $476.23 | | | | | $1,602.41 | $1,229.94 |
| Oct 23 | $476.23 | | | | | $2,078.64 | $1,706.17 |
| Nov 23 | $476.23 | | | | | $2,554.87 | $2,182.40 |
| Dec 23 | $476.23 | | $2,658.63 | | | $372.47 | $0.00 |
| Jan 24 | $476.23 | | | | | $848.70 | $476.23 |
| Feb 24 | $476.23 | | | | | $1,324.93 | $952.46 |
| Mar 24 | $476.23 | | | | | $1,801.16 | $1,428.69 |
| Apr 24 | $476.23 | | | | | $2,277.39 | $1,904.92 |

**NOTE:** If this escrow analysis indicates that there is a surplus, it may not mean that you are entitled to receive a return of that surplus. This analysis was calculated based on an assumption that the account is current according to the terms of the note and Mortgage/Deed of Trust. If the account is behind, in default, or in bankruptcy, this analysis may not reflect the current state of the account or the terms of a bankruptcy plan. If there are enough funds in the escrow account the surplus will be mailed to you within 30 days, provided the account is current under the terms of the note and Mortgage/Deed of Trust.

February 16, 2023 · Loan Number:

## What escrow activity occurred since your last analysis?

The chart below reflects what actually happened in your escrow account since your last analysis.

Between 05/2022 and 02/2023 a total of $6,438.40 was deposited to your escrow account and a total of $5,728.76 was disbursed from your escrow account as follows. Totals for each disbursements are noted below.

|  |  |
|---|---|
| COUNTY/PARIS: | $2,658.63 |
| MORTGAGE INS: | $525.13 |
| HAZARD INS.: | $2,545.00 |

| Month of Activity | PAYMENTS TO ESCROW ACCOUNT | | PAYMENTS FROM ESCROW ACCOUNT | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|---|---|
|  | Estimated | Actual | Estimated | Actual | Description | Estimated | Actual |
|  |  |  |  |  | Starting Balance | $1,716.57 | $709.48 |
| May 22 | $429.14 | $1,073.50 |  |  |  | $2,145.71 | $1,782.98 |
| Jun 22 | $429.14 | $1,073.50 |  | $2,545.00 | HAZARD INS. | $2,574.85 | $311.48 |
| Jul 22 | $429.14 | $858.28 | $2,199.00 |  | HAZARD INS. | $804.99 | $1,169.76 |
| Aug 22 | $429.14 | $858.28 | $551.33 | $525.13 | MORTGAGE INS | $682.80 | $1,502.91 |
| Sep 22 | $429.14 | $429.14 |  |  |  | $1,111.94 | $1,932.05 |
| Oct 22 | $429.14 | $429.14 |  |  |  | $1,541.08 | $2,361.19 |
| Nov 22 | $429.14 | $429.14 |  | $2,658.63 | COUNTY/PARIS | $1,970.22 | $131.70 |
| Dec 22 | $429.14 | $429.14 | $2,399.36 |  | COUNTY/PARIS | $0.00 | $560.84 |
| Jan 23 | $429.14 | $429.14 |  |  |  | $429.14 | $989.98 |
| Feb 23 | $429.14 | $429.14 |  |  |  | $858.28 | $1,419.12 |

E—Indicates the activity has not yet occurred but is estimated to occur as shown.

*If there is an amount listed in the "Actual" column under Payments To Escrow Account on Page 2 above, then this is the assumption that was made and indicates the amount that would have been paid into escrow for a contractually current loan. This number does not represent payments that were actually made by you. As discussed above, these escrow calculations are calculated based on an assumption that the account would be current according to the terms of the note and mortgage/deed of trust.

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.